United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-18947-ref
James C. Morris                                                     Chapter 13
Susan L. Morris
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: Keith              Page 1 of 2              Date Rcvd: Oct 04, 2016
                             Form ID: 152             Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.

```
db/jdb         +James C. Morris,   Susan L. Morris,   118 West 35th Street,   Reading, PA 19606-2915
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13759756       +Apex Asset Management LLC,   Keystone Orthopedic Specialist,   PO Box 5407,
                 Lancaster, PA 17606-5407
13647529       +Best Buy Credit Services,   P. O. Box 790441,   Saint Louis, MO 63179-0441
13647530        Boscov's,   Retail Services,   P. O. Box 30257,   Salt Lake City, UT 84130-0257
13647531        Capital One,   P. O. Box 30285,   Salt Lake City, UT 84130-0285
13667019        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13647532        Chase,   P. O. Box 15298,   Wilmington, DE 19850-5298
13647533       +Convergent Healthcare Inc.,   121 NE Jefferson St., Ste. 100,   Peoria, IL 61602-1229
13647534        Johns Hopkins Physicians,   P. O. Box 64896,   Baltimore, MD 21264-4896
13668537       +Midland Credit Management, Inc. as agent for,   Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
13657024       +PNC Bank, NA,   c/o Joshua I. Goldman, Esq.,   KML Law Group, PC,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13765340       +PNC Bank, National Association,   Attn: Bankruptcy Department,   3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
13647540        PNC Mortgage,   P. O. Box1820,   Dayton, OH 45401-1820
13647538        Peerless Credit Services, Inc.,   P. O. Box 518,   Middletown, PA 17057-0518
13647537       +Peerless Credit Services, Inc.,   659 Spring Garden Dr.,   Middletown, PA 17057-3033
13647539       +Petro Home Services,   4025 Pottsville Pike,   Reading, PA 19605-1201
13647541       +Rebecca S. McClure, Esquire,   P. O. Box 64,   Mountville, PA 17554-0064
13647542        Sears Credit Cards,   P. O. Box 6282,   Sioux Falls, SD 57117-6282
13647543        State Farm Bank,   P. O. Box 87,   Deposit, NY 13754-0087
13687369        State Farm Bank,   c o Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
13647544       +The Reading Hospital & Med Ctr,   P. O. Box 16051,   Reading, PA 19612-6051
13647545        Wells Fargo Card Services,   P. O. Box 10347,   Des Moines, IA 50306-0347
13762803       +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            +E-mail/Text: robertsl2@dnb.com Oct 05 2016 02:09:06      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2016 02:08:57
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2016 02:09:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:55:05      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13755423       +E-mail/Text: bncmail@w-legal.com Oct 05 2016 02:09:06      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13647536       +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:55:05      Lowe's,   Synchrony Bank,
                 P. O. Box 965005,   Orlando, FL 32896-5005
13647535        E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2016 01:55:05      Lowe's,   Synchrony Bank,
                 P. O. Box 965060,   Orlando, FL 32896-5060
13688948        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2016 01:54:31
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13652602        E-mail/PDF: rmscedi@recoverycorp.com Oct 05 2016 01:54:15
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Keith                Page 2 of 2                  Date Rcvd: Oct 04, 2016
                              Form ID: 152               Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor James C. Morris dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Susan L. Morris dsgrdg@ptdprolog.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC Bank, National Association
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: James C. Morris and Susan L. Morris
    Debtor(s)

Case No: 15–18947–ref
Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 12/1/16 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

21
Form 152