United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-18947-ref
James C. Morris                                                       Chapter 13
Susan L. Morris
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith         Page 1 of 1         Date Rcvd: May 11, 2017
                        Form ID: 155        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.
db/jdb        +James C. Morris,   Susan L. Morris,   118 West 35th Street,   Reading, PA 19606-2915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:
      DAVID S. GELLERT    on behalf of Debtor James C. Morris dsgrdg@ptdprolog.net
      DAVID S. GELLERT    on behalf of Joint Debtor Susan L. Morris dsgrdg@ptdprolog.net
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James C. Morris and Susan L. Morris
      Debtor(s)

Chapter: 13
Bankruptcy No: 15−18947−ref

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 11, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Richard E. Fehling
    Judge ,
    United States Bankruptcy Court

28
Form 155