## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
|    JAMES C. MORRIS : | Bankruptcy No. 15-18947 REF |
|    SUSAN L. MORRIS : | |
| : | Chapter 13 |
|         Debtors : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 2nd day of June, 2017, David S. Gellert, Esquire, of David S. Gellert, P.C.**,** attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated May 11, 2017 of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated:  June 2, 2017                    s/   David S. Gellert
                                                          David S. Gellert, Esquire
                                                          David S. Gellert, P.C.
                                                          3506 Perkiomen Avenue
                                                          Reading, PA 19606
                                                          (610) 779-8000
                                                          Fax: (610) 370-1393