# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
   JAMES C. MORRIS                    :       Bankruptcy No. 15-18947 REF
   SUSAN L. MORRIS                    :
                                                    :       Chapter 13
       Debtors      :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 16th day of May, 2019, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated May 1, 2019 of the filing of the Debtors' Motion to Approve Loan Modification Agreement.

Dated:  May 16, 2019                   s/   David S. Gellert
                                                  David S. Gellert, Esquire
                                                  David S. Gellert, P.C.
                                                  3506 Perkiomen Avenue
                                                  Reading, PA 19606
                                                  (610) 779-8000
                                                  Fax: (610) 370-1393
                                                  dsgrdg@ptdprolog.net