# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    JAMES C. MORRIS | : | Bankruptcy No. 15-18947 REF |
|    SUSAN L. MORRIS | : | |
| | : | Chapter 13 |
|       Debtors | : | |

## **ORDER**

Upon consideration of the Debtors' Motion to Approve Loan Modification Agreement, it is hereby

**ORDERED** that the Debtors are authorized to modify the mortgage on their home in accordance with the Modification Agreement attached to the within Motion as Exhibit A.  It is further

**ORDERED** that the Loan Modification Agreement is hereby approved.

BY THE COURT:

**Date: May 23, 2019**

_____
Richard E. Fehling
United States Bankruptcy Judge