United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-18947-ref
James C. Morris                                                       Chapter 13
Susan L. Morris
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 1          Date Rcvd: May 23, 2019
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db/jdb         +James C. Morris,    Susan L. Morris,    118 West 35th Street,    Reading, PA 19606-2915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 02:47:47      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor James C. Morris dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Susan L. Morris dsgrdg@ptdprolog.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
    JAMES C. MORRIS  :  Bankruptcy No. 15-18947 REF
    SUSAN L. MORRIS  :
      :  Chapter 13
    Debtors  :

## ORDER

Upon consideration of the Debtors' Motion to Approve Loan Modification Agreement, it is hereby

**ORDERED** that the Debtors are authorized to modify the mortgage on their home in accordance with the Modification Agreement attached to the within Motion as Exhibit A. It is further

**ORDERED** that the Loan Modification Agreement is hereby approved.

BY THE COURT:

**Date: May 23, 2019**

_____
Richard E. Fehling
United States Bankruptcy Judge