Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 15-18947-PMM

JAMES C. MORRIS  
SUSAN L. MORRIS  
118 WEST 35TH STREET  
READING  PA   19606

Petition Filed Date: 12/15/2015  
341 Hearing Date: 04/26/2016  
Confirmation Date: 05/11/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $155.00 | 17865414696 | 02/13/2019 | $155.00 | 17888841658 | 03/19/2019 | $155.00 | 17888842234 |
| 04/18/2019 | $155.00 | 17888842705 | 05/10/2019 | $155.00 | 17865414818 | 06/14/2019 | $155.00 | 17841654119 |
| 07/12/2019 | $155.00 | 17672012520 | 08/13/2019 | $155.00 | 17672012204 | 09/13/2019 | $155.00 | 17672013062 |
| 10/15/2019 | $155.00 | 17774675436 | 11/20/2019 | $155.00 | 17888841141 | 12/17/2019 | $155.00 | 19054940703 |
| 01/15/2020 | $155.00 | 19056659615 | 02/14/2020 | $155.00 | 19056660066 | 03/11/2020 | $155.00 | 19054940095 |
| 04/13/2020 | $155.00 | 17959808221 | 05/12/2020 | $155.00 | 19104139906 | 06/11/2020 | $155.00 | 19104140012 |
| 07/17/2020 | $155.00 | 19131638552 | | | | | | |

**Total Receipts for the Period: $2,945.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,525.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP  »» 001 | Unsecured Creditors | $1,172.46 | $55.08 | $1,117.38 |
| 2 | AMERICAN INFOSOURCE LP  »» 002 | Unsecured Creditors | $4,989.20 | $234.42 | $4,754.78 |
| 7 | APEX ASSET MANAGEMENT LLC  »» 007 | Unsecured Creditors | $350.00 | $15.39 | $334.61 |
| 6 | CERASTES LLC  »» 006 | Unsecured Creditors | $1,448.39 | $68.07 | $1,380.32 |
| 3 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 003 | Unsecured Creditors | $1,808.14 | $90.35 | $1,717.79 |
| 10 | PNC BANK NA  »» 010 | Mortgage Arrears | $2,430.64 | $2,430.64 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES  »» 005 | Unsecured Creditors | $16,353.19 | $817.07 | $15,536.12 |
| 4 | STATE FARM BANK  »» 004 | Unsecured Creditors | $3,005.88 | $150.21 | $2,855.67 |
| 8 | WELLS FARGO BANK NEVADA NA  »» 008 | Unsecured Creditors | $8,847.00 | $442.05 | $8,404.95 |
| 9 | WELLS FARGO BANK NEVADA NA  »» 009 | Unsecured Creditors | $8,830.48 | $441.22 | $8,389.26 |
| 11 | DAVID S GELLERT ESQ  »» 011 | Attorney Fees | $2,877.41 | $2,877.41 | $0.00 |

Chapter 13 Case No. 15-18947-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,525.00 | Current Monthly Payment: | $155.00 |
| Paid to Claims: | $7,621.91 | Arrearages: | $0.00 |
| Paid to Trustee: | $738.84 | Total Plan Base: | $9,300.00 |
| Funds on Hand: | $164.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.