United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-18947-pmm |
| James C. Morris | Chapter 13 |
| Susan L. Morris | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 14, 2021 | Form ID: 138NEW | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James C. Morris, Susan L. Morris, 118 West 35th Street, Reading, PA 19606-2915 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14583789 | | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13759756 | + | Apex Asset Management LLC, Keystone Orthopedic Specialist, PO Box 5407, Lancaster, PA 17606-5407 |
| 13647530 | | Boscov's, Retail Services, P. O. Box 30257, Salt Lake City, UT 84130-0257 |
| 13647533 | + | Convergent Healthcare Inc., 121 NE Jefferson St., Ste. 100, Peoria, IL 61602-1229 |
| 13647534 | | Johns Hopkins Physicians, P. O. Box 64896, Baltimore, MD 21264-4896 |
| 13668537 | + | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13657024 | + | PNC Bank, NA, c/o Joshua I. Goldman, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13647538 | | Peerless Credit Services, Inc., P. O. Box 518, Middletown, PA 17057-0518 |
| 13647539 | + | Petro Home Services, 4025 Pottsville Pike, Reading, PA 19605-1201 |
| 13647541 | + | Rebecca S. McClure, Esquire, P. O. Box 64, Mountville, PA 17554-0064 |
| 13687369 | | State Farm Bank, c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 13647543 | | State Farm Bank, P. O. Box 87, Deposit, NY 13754-0087 |
| 13647544 | + | The Reading Hospital & Med Ctr, P. O. Box 16051, Reading, PA 19612-6051 |
| 13647545 | | Wells Fargo Card Services, P. O. Box 10347, Des Moines, IA 50306-0347 |
| 13762803 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 04:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 15 2021 04:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:57:52 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13647529 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2021 03:58:47 | Best Buy Credit Services, P. O. Box 790441, Saint Louis, MO 63179-0441 |
| 13755423 | + | Email/Text: bncmail@w-legal.com | Apr 15 2021 04:09:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13647531 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Apr 14, 2021 | Form ID: 138NEW | Total Noticed: 37

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 15 2021 03:34:26 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13667019 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 15 2021 03:34:27 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13917414 | + | Email/Text: dsgrdg@ptdprolog.net | Apr 15 2021 04:08:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 13647532 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 15 2021 03:34:21 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 13647535 | | Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:34:21 | Lowe's, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 13647536 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:34:21 | Lowe's, Synchrony Bank, P. O. Box 965005, Orlando, FL 32896-5005 |
| 13765340 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2021 04:08:00 | PNC Bank, National Association, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13647540 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 15 2021 04:08:00 | PNC Mortgage, P. O. Box1820, Dayton, OH 45401-1820 |
| 13688948 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2021 03:46:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13652602 | | Email/PDF: rmscedi@recoverycorp.com | Apr 15 2021 03:58:16 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13647542 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 15 2021 03:58:46 | Sears Credit Cards, P. O. Box 6282, Sioux Falls, SD 57117-6282 |
| 13647543 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 15 2021 04:09:00 | State Farm Bank, P. O. Box 87, Deposit, NY 13754-0087 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 13647537 | ##+ | Peerless Credit Services, Inc., 659 Spring Garden Dr., Middletown, PA 17057-3033 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021 | Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 14, 2021 | Form ID: 138NEW | Total Noticed: 37 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:**

**Name** **Email Address**

DAVID S. GELLERT
    on behalf of Debtor James C. Morris dsgrdg@ptdprolog.net

DAVID S. GELLERT
    on behalf of Joint Debtor Susan L. Morris dsgrdg@ptdprolog.net

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

JOSHUA I. GOLDMAN
    on behalf of Creditor PNC Bank  National Association Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

Scott F Waterman
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor PNC Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James C. Morris and Susan L. Morris
       Debtor(s)                               Bankruptcy No: 15−18947−pmm
                                                       Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                  United States Bankruptcy Court
               Office of the Clerk, Gateway Building
                 201 Penn Street, 1st Floor
                      Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                     For The Court
                                                 Timothy B. McGrath
                                                   Clerk of Court

Dated: 4/14/21

                                                                      50 − 49
                                                                  Form 138_new